**FILED**

June 03, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ NM

DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

|  |  |  |
|---|---|---|
| **JOHN HENRY STALLINGS,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **CIVIL NO. SA-25-CV-1041-OLG** |
| **CHARLES LANCE SPACEK,** | § | |
| **Defendant.** | § | |

## <u>ORDER</u>

The Court has considered United States Magistrate Judge Richard B. Farrer's Report and Recommendation (the "Report") (Dkt. No. 19) concerning the status of these proceedings. Plaintiff did not file objections to the Report.

When no party objects to a magistrate judge's report and recommendation, the Court need not conduct a de novo review of the entire record. *See* U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendation to which objection is made."); FED. R. CIV. P. 72(b). Rather, the Court need only review the magistrate judge's report and recommendation to determine whether it is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court has reviewed the Report and is of the opinion that it is correct. Accordingly, the Report (Dkt. No. 19) is **ACCEPTED** and, for the reasons set forth therein, this case is **DISMISSED WITHOUT PREJUDICE** under Rule 41(b).

This case is **CLOSED.**

2

IT IS SO ORDERED.

SIGNED on June _____, 2026.

ORLANDO L. GARCIA
United States District Judge